

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-14-2005

# USA v. Taylor

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4602

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Taylor" (2005). *2005 Decisions.* Paper 235.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/235

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-4602

UNITED STATES OF AMERICA
v.
AARON TAYLOR,
Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 02-cr-00066-1)
District Court: Hon. R. Barclay Surrick

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 18, 2004

Before: SCIRICA, Chief Judge,
and McKEE and CHERTOFF,[*] Circuit Judges.

ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the slip opinion filed in this case on June 16,

2005, be amended by deleting footnote n.3.

BY THE COURT

/s/ Theodore A. McKee
Circuit Judge

---

[*] This case was originally submitted before the three-judge panel of Scirica, *Chief Judge,* McKee and Chertoff, *Circuit Judges.* However, Judge Chertoff subsequently resigned from the court before this opinion was filed. Because the remaining two judges agreed on the opinion and disposition of the case, it was not necessary to assign a third judge. *Liner v. Phelps,* 731 F.2d 1201 (5th Cir.1984); *Murray v. Nat'l Broadcasting Co.,* 35 F.3d 45 (2nd Cir.1994). The decision is therefore filed by a quorum of the panel. 28 U.S.C. §§ 46(d).

USA v. Taylor
Page two


Dated:  November 14, 2005
SLC/cc: David L. McColgin, Esq.
　　　　Elizabeth T. Hey, Esq.
　　　　Joel D. Goldstein, Esq.

R:\2003\4602\o_cta111405.wpd